1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

NEGAH MAGHAMI,

       Plaintiff,

v.

CITICORP NORTH AMERICA, INC.,

       Defendant.

Case No.  8:13-cv-01595-JLS-ANx
*The Honorable Josephine L. Staton*
*Courtroom 10A*

**JUDGMENT**

# JUDGMENT

The Court's Order entered on November 26, 2013 granted the unopposed motion to dismiss filed by defendant Citibank, N.A., erroneously sued as "Citicorp North America, Inc." ("Citibank"). (Doc. 10.) Further, the Court's November 26, 2013 Order stated that "[a]ny Motion for Leave to File an Amended Complaint must be filed within twenty-one (21) days of this Order, or this matter will be administratively closed." (*Id*. at 2.) To date, Plaintiff has not filed a Motion for Leave to File an Amended Complaint.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Complaint is hereby dismissed and that Plaintiff shall recover nothing against Citibank named in the above-captioned action, and judgment shall be entered in favor of Citibank on all causes of action alleged by the Complaint.

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
The Honorable Josephine L. Staton
United States District Court Judge